

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-01028-CR

Francisco Javier **GARCIA VENTURA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR11087
Honorable Kristina Escalona, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED January 10, 2024.

_____
Liza A. Rodriguez, Justice